IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS KENNEDY,<br><br>Plaintiff,<br><br>vs.<br><br>CHS, INC.,<br><br>Defendant. | 4:24CV3193<br><br>**SHOW CAUSE ORDER** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on October 22, 2024. More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed a return of service indicating service on CHS, Inc., the Defendant has not voluntarily appeared, and Plaintiff has not requested an extension of time to complete service. Accordingly,

IT IS ORDERED that plaintiff shall have until February 17, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m),

or take appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 27th day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge