IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TRAVIS KENNEDY,

                Plaintiff,

vs.

CHS, INC.,

                Defendant.

4:24-CV-3193

JUDGMENT

       For the reasons stated in the accompanying memorandum and order, the plaintiff's complaint is dismissed.


       Dated this 18th day of February, 2026.


                BY THE COURT:

                John M. Gerrard
                Senior United States District Judge